**T. S. Taylor, defendant in error, v. O. E. Lawyer, plaintiff in error.**

Action of replevin. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919.

L. E. Stone, for plaintiff in error. Barber & Barber, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.